No. 183. TREMONT LUMBER CO. *v.* POLICE JURY ET AL. See *ante,* p. 517.

No. 199. WORKMAN *v.* BOONE ET AL. See *ante,* p. 517.

No. 200. WORKMAN ET AL. *v.* BOONE ET AL. See *ante,* p. 517.

No. 294. MUSELIN *v.* PENNSYLVANIA;
No. 295. ZIMA *v.* SAME; and
No. 296. RESETAR *v.* SAME. See *ante,* p. 518.

No. 343. DIANISH ET AL. *v.* VILLAGE OF BROADVIEW. See *ante,* p. 518.

No. 169. BOOTH ET AL. *v.* CLAPP ET AL. See *ante,* p. 519.

No. 341. VINYARD ET AL. *v.* NORTH SIDE CANAL CO. ET AL. See *ante,* p. 520.

No. 326. ARNALDO *v.* ROMAN CATHOLIC BISHOP OF JARO ET AL. October 28, 1929. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Wade H. Ellis, Daniel C. Roper, Henry J. Richardson,* and *W. D. Jameson* for petitioner. *Mr. Daniel C. Donoghue* for respondents.

No. 407. NEW YORK MARINE CO. *v.* CRANBERRY CREEK COAL CO. ET AL.;
No. 408. SAME *v.* LOUGHLIN;
No. 409. SAME *v.* HOWARD;
No. 410. SAME *v.* SINRAM BROTHERS, INC.; and